UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                       Plaintiff,<br>    v.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION, et al.,<br><br>                       Defendants. | Case No. 2:16-cv-01106-GMN-PAL<br><br>ORDER |

Before the court is Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, L.P.'s Emergency Motion for Protection from its 30(b)(6) Deposition and Motion for Sanctions (ECF Nos. 32, 33). Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. A temporary protective order is **GRANTED** precluding the deposition from going forward on October 27, 2016, pending a decision on the merits.
2. A hearing on the Motions (ECF Nos. 32, 33) is scheduled for **9:00 a.m., November 22, 2016**, in Courtroom 3B.

DATED this 20th day of October, 2016.

                                                  PEGGY A. LEEN<br>
                                                  UNITED STATES MAGISTRATE JUDGE