ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
       darren.brenner@akerman.com
       tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-01106-GMN-PAL<br><br>**STIPULATION AND ORDER TO STAY DEADLINE TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S PARTIAL MOTION FOR SUMMARY JUDGMENT FOR 30 DAYS**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br>     Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, and CHARITO ESPINOSA,<br><br>     Counter/Cross Defendants.. | |

1

1  Pursuant to Local Rule 6-2(a), plaintiff Bank of America, N.A., Successor by Merger to BAC
2  Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP's (**BANA**) and defendant
3  SFR Investments Pool 1, LLC (**SFR**) stipulate to extend and stay the deadline to respond to SFR's
4  partial motion for summary judgment. (ECF No. 49.)  As grounds therefore, the parties state as
5  follows:

6  On December 23, 2016, SFR filed a partial motion for summary judgment seeking judgment
7  on BANA's claims.  (ECF No. 49.)  BANA's deadline to file a responsive pleading is January 13,
8  2017.

9  On December 13, 2016, defendant Alessi & Koenig, LLC (**Alessi**) filed a petition for Chapter
10 7 Bankruptcy in the United States Bankruptcy Court, District of Nevada.  *See* Bankruptcy Petition
11 No. 16-16593-abl.

12 The parties are working with the trustee of Alessi's bankruptcy case to determine how to
13 proceed on cases involving Alessi, including the instant case.

14 The parties stipulate to stay BANA's responsive deadline to SFR's partial motion for
15 summary judgment, for 30 days to allow for the bankruptcy trustee to provide direction on the
16 prosecution of this case.  Good cause exists to extend BANA's deadline to respond to SFR's partial
17 motion for summary judgment.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Accordingly, the parties stipulate and request the court stay BANA's deadline to respond to SFR's partial for summary judgment to February 13, 2017.

DATED January 13, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Tenesa Scaturro*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff/Counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | /s/*Diana Cline Ebron*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorney for Defendant/Counterclaimant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

DATED this  19  day of January, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

3