ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K.COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br><br>vs.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-01106-GMN-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, and CHARITO ESPINOSA,<br><br>Counter/Cross Defendants.. | |

1

PLEASE TAKE NOTICE that Bank Of America, N.A., Successor By Merge To BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank Of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq., and Jamie K. Combs, Esq., receive all future notices.

Respectfully submitted, this 24th day of May, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 30, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties

| | |
|---|---|
| Edward D. Boyack, Esq.<br>Adam J. Breeden<br>**Boyack Orme & Anthony**<br>7432 W Sahara Ave., Ste. 101<br>Las Vegas, NV 89117<br>*Attorney for Defendant Terraces at Rose Lake Homeowners' Association* | Howard C. Kim, Esq.<br>Diana Cline Ebron, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |
| Steven T. Loizzi, Jr., Esq.<br>HOA Lawyers Group, LLC<br>9500 West Flamingo Rd., Ste. 204<br>Las Vegas, NV 89147-5721<br>*Attorney for Alessi & Koenig, LLC* | Jeanette E. McPherson<br>**Schwartzer & McPherson Law Firm**<br>2850 South Jones Blvd. Ste. 1100<br>Las Vegas, NV 89146<br>*Attorney for Shelly D. Krohn* |

/s/ *Doug J. Layne*
An employee of AKERMAN LLP

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3