Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com
*Attorneys for Movant Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A, SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESI & KOENIG, LLC, , et. al.<br><br>Defendants. | CASE NO. 2:16-cv-01106-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |
| AND RELATED CLAIMS | |

Movant Federal Housing Finance Agency ("FHFA"), Plaintiff Bank of America, N.A., and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned counsel, hereby agree and stipulate as follows:

FHFA filed its Motion for Leave to File Amicus Curiae Brief (the "Motion") on November 22, 2017 (ECF No. 91). Defendant SFR filed its Motion to Strike the Motion on November 24, 2017 (ECF No. 92) and a Response to the Motion on November 24, 2017 (ECF No. 93).

FHFA's reply in support of the Motion is due to be filed no later than December 1, 2017 and its response to SFR's Motion to Strike is due to be filed no later than December 8, 2017.

IT IS HEREBY AGREED AND STIPULATED to extend the deadline for FHFA to file its reply in support the Motion from December 1, 2017 to December 8, 2017, which is the same date that FHFA's response to SFR's Motion to Strike is due.

13454733

This is FHFA's first request for an extension for this reply and is not meant for purposes of delay or prejudice but for economy of resources and so the two motions will be concurrent for the Court's review.

DATED: December 1, 2017.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.**<br><br>By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Movant Federal Housing Finance Agency* | **KIM GILBERT EBRON**<br><br>By: /s/ Jacqueline A. Gilbert<br>Howard C. Kim, Esq. (SBN 10386)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>Diana S. Ebron, Esq. (SBN 10580)<br>Karen L. Hanks, Esq. (SBN 9578)<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, NV 89139<br>Tel: 702-485-3300<br>howard@kgelegal.com<br>Jackie@KGElegal.com<br>diana@KGElegal.com<br>karen@kgelegal.com<br><br>*Attorneys for Defendant/Counter-Claimant/ Cross-Claimant SFR Investments Pool 1, LLC* |
| **AKERMAN LLP**<br><br>By: /s/ Jamie K. Combs<br>Ariel Stern, Esq. (SBN 8276)<br>Darren T. Brenner, Esq. (SBN 8386)<br>Jamie K. Combs, Esq. (SBN 13088)<br>Tenesa S. Scaturro, Esq. (SBN 12488)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Tel: (702) 634-5000<br>ariel.stern@akerman.com<br>darren.brenner@akerman.com<br>Jamie.combs@akerman.com<br>tenesa.scaturro@akerman.com<br><br>*Attorneys for Plaintiff/Counter-defendant Bank of America, N.A.* | |

**ORDER**

**IT IS SO ORDERED.**

DATED this 19 day of January, 2018.
*Nunc Pro Tunc*: December 1, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

13454733

2