DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.| Case No. 2:16-cv-01106-GMN-PAL<br><br>**STIPULATION AND [Proposed] ORDER FOR EXTENSION OF TIME**<br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, an individual; and CHARITO ESPINOSA, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Defendant/Counterclaimant SFR Investments pool 1, LLC (SFR") and proposed Amicus Federal Housing Finance Agency ("FHFA") hereby agree and stipulate as follows:

1  FHFA filed its Motion for Leave to File Amicus Curiae Brief (the 'Motion") on November 22, 2017 (ECF No. 91). SFR filed its Motion to Strike the Motion (ECF No. 92) and Response to the Motion (ECF No. 93) on November 24, 2017.

The parties stipulated that, rather than have two due dates for FHFA's reply and response, FHFA would have until the later date of December 8, 2017 to file a combined reply/response (ECF No. 96).

FHFA did not file its reply and response until December 11, 2017 (ECF No. 98). In its reply, FHFA stated its position that it believed SFR's motion to strike/response to the Motion was simply a response to the Motion and leave should not be given for SFR to file a reply to the motion to strike. SFR disagrees.

SFR counsel with primary responsibility for this issue has had both car and family health issues that prevented her from completing SFR's reply in support of its motion to strike.

While the parties disagree as to the propriety of the reply (see ECF No. 98), the parties agree that additional time for SFR to reply or take further action is appropriate under the circumstances, with FHFA reserving its rights to object to the filing based on its position, if necessary.

IT IS HEREBY AGREED AND STIPULATED to extend the deadline for SFR to file its reply in support of its motion to strike, or take such further action as is deemed necessary, from December 18, 2017 to December 22, 2017.

…

…

…

…

…

This is SFR's first request for an extension for this reply and is not meant for purposes of delay or prejudice but was due to unexpected events that prevented the ability to file on December 18, 2017.

DATED: December 19, 2017.

| **FENNEMORE CRAIG, P.C.**<br>*By: /s/ Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228<br>lhart@fclaw.com; jtennert@fclaw.com<br>*Attorneys for Movant Federal Housing Finance Agency* | **KIM GILBERT EBRON**<br>By: */s/ Jacqueline A. Gilbert*<br>Howard C. Kim, Esq. (SBN 10386)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>Diana S. Ebron, Esq. (SBN 10580)<br>Karen L. Hanks, Esq. (SBN 9578)<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, NV 89139<br>Tel: 702-485-3300<br>howard@kgelegal.com<br>Jackie@KGElegal.com<br>diana@KGElegal.com<br>karen@kgelegal.com<br>*Attorneys for Defendant/Counter-Claimant/ Cross-Claimant SFR Investments Pool 1, LLC* |
|---|---|
| **AKERMAN LLP**<br>*By: /s/Jamie K. Combs*<br>Ariel Stern, Esq. (SBN 8276)<br>Darren T. Brenner, Esq. (SBN 8386)<br>Jamie K. Combs, Esq. (SBN 13088)<br>Tenesa S. Scaturro, Esq. (SBN 12488)<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Tel: (702) 634-5000<br>ariel.stern@akerman.com<br>darren.brenner@akerman.com<br>Jamie.combs@akerman.com<br>tenesa.scaturro@akerman.com<br>*Attorneys for Plaintiff/Counter-defendant Bank of America, N.A.* | |

## **ORDER**

**IT IS SO ORDERED.**

DATED this  19  day of January, 2018.

*Nunc Pro Tunc*: December 25, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT