1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N. A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>TERRACES AT ROSE LAKE HOMEONWERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, and ALESSI & KOENIG, LLC<br><br>Defendants. | Case No. 2:16-cv-01106-GMN-PAL<br><br>**STIPULATION FOR FED. R. CIV. P. 54(b) CERTIFICATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant/Cross-Claimant,<br>vs.<br><br>BANK OF AMERICA N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, an individual; CHARITO ESPINOSA, an individual<br><br>Counter/Cross Defendants. | |

…

- 1 -

SFR Investments Pool 1, LLC ("SFR") and Bank of America, N.A., Successor By Merger to Bac Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP's ("Bank"), and Terraces At Rose Lake Homeowners Association ("Association") (collectively, the "Parties") hereby stipulate and agree as follows:

IT IS HEREBY AGREED AND STIPULATED that the Parties request this Court to independently determine that there is no just cause to delay to deem final pursuant to FRCP 54(b) the Order which granted the Bank's Motion for Summary Judgment and Denied SFR's Motion for Summary Judgment (the "Order"), entered on March 20, 2018 [ECF No. 104]. The Order adjudicated all claims between the Bank and SFR.

SFR will be appealing this case as soon as it is ripe for appeal.

The following claims remain in this court: (1) SFR's claims against parties who have not yet appeared, have been defaulted, but against whom no default judgment was entered;[1] and (2) The Bank and Association have claims against each other for which they intend to either seek stay pending the outcome of the appeal or move to dismiss as moot given the Court's prior order. Thus, without Rule 54(b) Certification, the Order is not ripe for appeal.

Because of those remaining claims, the appeal may not move forward without Rule 54(b) certification.

Respectfully submitted by:

| Dated: April 23, 2018 | Dated: April 23, 2018 |
|---|---|
| AKERMAN LLP | KIM GILBERT EBRON |
| /s/Jamie K. Combs | /s/Jacqueline A. Gilbert |
| MELANIE D. MORGAN, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| NEVADA BAR NO. 8215 | Nevada Bar No. 10593 |
| JAMIE K. COMBS, ESQ. | DIANA S. EBRON, ESQ. |
| NEVADA BAR NO. 13088 | Nevada Bar No. 10580 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| Telephone: (702) 634-5500 | Telephone: (702) 485-3300 |
| Facsimile: (702) 380-8572 | Facsimile: (702) 485-3301 |
| *Attorneys for Bank of America, N.A.,* | *Attorneys for SFR Investments Pool 1, LLC* |

---

[1] SFR is in the process of seeking default judgment against the former homeowners, Engelbert and Charito Espinosa.

Dated: April 23, 2018
BOYACK ORME & ANTHONY
*/s/ Adam Breeden*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
Adam Breeden, ESQ.
7432 W. Sahara Ave., #101
Las Vegas, Nevada 89117
Telephone: (702) 562-3415
Facsimile: (702) 562-3570
*Attorneys for Terraces at Rose Lake Homeonwers Association*

## ORDER

Having independently reviewed the docket and papers on file, this Court finds no just cause for delaying entry of final judgement as between Plaintiff/counter-defendant Bank of America, N.A. and defendant/counterclaimant SFR Investments Pool 1, LLC.

For good cause appearing,

IT IS ORDERED that the ORDER entered on March 20, 2018 [ECF No. 104] be certified as final as to Bank of America, N.A. and SFR Investments Pool 1, LLC.

IT IS FURTHER ORDERED that final judgment as to the above-referenced parties be entered.

## ORDER

**IT IS SO ORDERED.**

**Dated this  4  day of May, 2018.**

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**

- 3 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2018, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **STIPULATION FOR FRCP 54 (b) CERTIFICATION** to the following parties.

Ariel E. Stern, Esq.
Darren T. Brenner, Esq.
Jamie K. Combs, Esq.
Tenesa S. Scaturro, Esq.
**Akerman LLP**
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Email: ariel.stern@akerman.com
          Jamie.combs@akerman.com
          tenesa.scaturro@akerman.com
          darren.brenner@akerman.com
*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

Edward D Boyack, Esq.
**Boyack Orme & Anthony**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
702-562-3415
Fax: 702-562-3570
Email: ted@boyacklaw.com
*Attorney for Defendant Terraces at Rose Lake Homeowners' Association*

Adam J. Breeden, Esq.
**Breeden & Associates, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
(702) 508-9250
Fax: (702) 508-9365
Email: adam@breedenandassociates.com
*Attorney for Defendant Terraces at Rose Lake Homeowners' Association*

Steven T. Loizzi , Jr., Esq.
**HOA Lawyers Group, LLC**
9500 West Flamingo Road, Suite 204
Las Vegas, NV 89147-5721
(702) 222-4033
Fax: (702) 222-4043
Email: steve@nrs116.com
*Attorney for Alessi & Koenig, LLC*

Jeanette E. McPherson, Esq.
**Schwartzer & McPherson Law Firm**
2850 South Jones Blvd. Ste. 1100
Las Vegas, NV 89146
*Attorney for Shelly D. Krohn*

*/s/ Caryn R. Schiffman*
An employee of KIM GILBERT EBRON