# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SFR Investments Pool 1, LLC

    Cross Claimant,

v.

Charito Espinosa,
Engelbert Espinosa

    Cross Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-01106-GMN-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of SFR Investments Pool 1, LLC and against Charito Espinosa and Engelbert Espinosa.

October 3, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk