# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No. 2:16-cv-01106-GMN-NJK

**Order**

The order setting the settlement conference provides as follows:

> The settlement conference statements must be submitted, in an envelope marked "Confidential," <u>directly to the undersigned's box in the Clerk's Office</u> not later than **3:00 p.m. on August 11, 2021.**

Docket No. 164 at 3 (emphasis in original). In violation of that order, the bank emailed its statement to an address that was provided in a different case. Consistent with the order already entered in this case, the Court hereby **ORDERS** the bank to submit a hard-copy settlement statement to the undersigned's box in the Clerk's Office by 3:00 p.m. today, August 12, 2021.

IT IS SO ORDERED.

Dated: August 12, 2021

                                            Nancy J. Koppe
                                            United States Magistrate Judge