# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>     Plaintiff(s),<br>v.<br>TERRACES AT ROSE LAKE<br>HOMEOWNERS ASSOCIATION, et al.,<br>     Defendant(s). | Case No. 2:16-cv-01106-GMN-NJK<br><br>**Order** |

A settlement conference is set for August 18, 2021, with settlement statements due August 11, 2021. Docket No. 164. The Court did not receive a settlement statement from the HOA.[1] No later than 3:00 p.m. on August 13, 2021, the HOA must either submit a settlement statement in compliance with the Court's order or file a motion explaining why it should not be required to attend the settlement conference. If such a motion is filed, any response thereto must be filed by noon on August 16, 2021.

IT IS SO ORDERED.

Dated: August 12, 2021

Nancy J. Koppe
United States Magistrate Judge

---

[1] On October 2, 2018, United States District Judge Gloria M. Navarro granted a motion to dismiss filed by the HOA. Docket No. 119. On December 18, 2019, Judge Navarro vacated that order based on intervening legal authority. Docket No. 121.

1