1   ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2   MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
3   LILITH V. XARA, ESQ.
Nevada Bar No. 13138
4   AKERMAN LLP
1635 Village Center Circle, Suite 200
5   Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
6   Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
7   Email:  melamine.morgan@akerman.com
Email:  lilith.xara@akerman.com
8

9   *Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP fka Countrywide*
10  *Home Loans Servicing, LP*

11          **UNITED STATES DISTRICT COURT**

12              **DISTRICT OF NEVADA**

13  BANK OF AMERICA, N.A., successor by      Case No.:  2:16-cv-01106-GMN-NJK
    merger to BAC HOME LOANS SERVICING,
14  LP fka COUNTRYWIDE HOME LOANS           **STIPULATION AND ORDER TO DISMISS**
    SERVICING, LP,                          **ALESSI   &   KOENIG,   LLC   WITH**
15                                          **PREJUDICE**
                        Plaintiff,
16
    v.
17
    TERRACES AT ROSE LAKE HOMEOWNERS
18  ASSOCIATION; SFR INVESTMENTS POOL
    1, LLC; ALESSI & KOENIG, LLC,
19
                        Defendants.
20

21  AND RELATED CLAIMS.

22

23          Plaintiff/Counter-Defendant Bank of America, N.A., successor by merger to BAC Home

24  Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), Defendant Terraces at

25  Rose   Lake   Homeowners   Association,   Defendant/Counter-Claimant/Cross-Claimant   SFR

26  Investments Pool 1, LLC, and Defendant Alessi & Koenig, LLC, by and through their respective

27  counsel of record, hereby stipulate and agree to the dismissal of BANA's claims against Alessi in

28  this action with prejudice.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

60053244;1

BANA and Alessi shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with the dismissed claims.

Dated this 20th day of September, 2021.

| AKERMAN LLP | BOYACK ORME & ANTHONY |
|---|---|
| /s/ Lilith V. Xara | /s/ Colli C. McKiever |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 West Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorney for Terraces at Rose Lake Homeowners Association* |
| KIM GILBERT EBRON | HOA LAWYERS GROUP, LLC |
| /s/ Diana S. Ebron | /s/ Steven T. Loizzi |
| DIANA S. EBRON, ESQ<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | STEVEN T. LOIZZI, JR., ESQ.<br>Nevada Bar No. 10920<br>9500 West Flamingo Road, Suite 204<br>Las Vegas, Nevada 89147<br><br>*Attorney for Alessi & Koenig, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __21__ day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

60053244;1