ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melamine.morgan@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP fka Countrywide*
*Home Loans Servicing, LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:  2:16-cv-01106-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE**<br><br>**(SECOND REQUEST)** |

Bank of America, N.A. (**BANA**) and Terraces at Rose Lake Homeowners Association (**HOA**) submit the following stipulation to extend the deadline to file dismissal documents:

1. BANA and the HOA reached a settlement at the settlement conference on August 18, 2021. [**ECF No. 167**].  The parties were ordered that "a Stipulation of Dismissal and Proposed Order must be filed by Friday, September 17, 2021." *Id.*

2. Following the settlement conference, both parties have taken substantial actions to finalize the settlement, including, but not limited to, drafting and revising the settlement agreement, and requesting the funds.

1

60014823;1

3. Due to unexpected delays in client communication the final draft of the settlement agreement required extra time and a first extension was requested and granted by this court on September 21, 2021.

4. After this extension, due to miscommunication between counsel for the HOA and the bank, the agreement, which had at that point been signed by BANA needed to be revised and finalized. The agreement is finalized by both parties and it is expected to be executed within a few days by BANA, but will take additional time to be executed by the HOA and the settlement finalized.

5. The parties expect this matter to be resolved in the near term and respectfully request the court extend the deadline to file dismissal documents by thirty (30) additional days. The parties intend to file dismissal documents as soon as possible.

6. This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 18, 2021.

| AKERMAN LLP | BOYACK ORME & TAYLOR |
|---|---|
| /s/ *Lilith V. Xara*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | /s/ *Colli C. McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorney for Terraces at Rose Lake Homeowners Association* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

<u>ORDER</u>

IT IS SO ORDERED.

DATED: October 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

2

60014823;1