Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, an individual; and CHARITO ESPINOSA, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:16-cv-01106-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COUNTER MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO SFR INVESTMENTS POOL 1, LLC'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff / Counter-Defendant, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a

- 1 -

COUNTRYWIDE HOME LOANS SERVICING, LP ("**BANA**"), Defendant / Counterclaimant / Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("**SFR**"), and Defendant TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION ("**Association**") (collectively, the "**Parties**"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend SFR an additional seven (7) days to file its reply in support of its Motion for Reconsideration [ECF No. 175, filed October 8, 2021] from October 29, 2021, to November 5, 2021. This is the first request for an enlargement of time of the subject deadline. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

| Dated this  26th  day of October, 2021. | Dated this  26th  day of October, 2021. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN**, **LLP** |
| /s/ *Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada  89139<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ *Lilith V. Xara*<br>LILITH V. XARA<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200 Las Vegas, NV 89134<br>*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |

**IT IS SO ORDERED.**

Dated this  27  day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -