ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melamine.morgan@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01106-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION WITH PREJUDICE** |

Bank of America, N.A. (**BANA**) and Terraces at Rose Lake Homeowners Association (**Terraces**) by and through their respective counsel of record, hereby stipulate and agree to the dismissal of BANA's claims against Terraces in this action with prejudice.

…

…

…

…

…

1

60751945;1

BANA and Terraces shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with the dismissed claims.

DATED November 5, 2021.

| **AKERMAN LLP** | **BOYACK ORME & TAYLOR** |
|---|---|
| /s/ *Lilith V. Xara* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ <br> Nevada Bar No. 8215 <br> LILITH V. XARA, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | /s/ *Colli C. McKiever* <br> EDWARD D. BOYACK, ESQ. <br> Nevada Bar No. 5229 <br> COLLI C. MCKIEVER, ESQ. <br> Nevada Bar No. 13724 <br> 7432 W. Sahara Ave., Suite 101 <br> Las Vegas, Nevada 89117 <br><br> *Attorney for Terraces at Rose Lake Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __8__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT