DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-01106-GMN-NJK<br><br>**JUDGMENT BY DEFAULT AGAINST ENGELBERT ESPINOSA AND CHARITO ESPINOSA** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; ENGELBERT ESPINOSA, an individual; and CHARITO ESPINOSA, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Renewed Motion for Judgment by Default against Engelbert Espinosa and Charito Espinosa ("Cross-

- 1 -

Defendants"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On July 12, 2016, SFR filed a cross-claim [ECF No. 19] for quiet title and injunctive relief against Cross-Defendants, relating to real property located at **3420 Catherine Mermet Avenue, North Las Vegas, Nevada 89081; Parcel No. 124-25-811-008** ("the Property").

2. Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendants on October 3, 2017.

3. Cross-Defendants are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendants.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants, Engelbert Espinosa and Charito Espinosa, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

…

…

- 2 -

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

*Respectfully submitted by:*

**KIM GILBERT EBRON**

 /s/ *Chantel M. Schimming* 
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

Dated this   4   day of October, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT